# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL QUEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-871 (BAH) |
| ) | Judge Beryl A. Howell |
| ED SCHULTZ, ) | |
| ) | |
| Defendant, ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR ADMISSION OF JEFFREY LANDA PRO HAC VICE

Plaintiff Michael Queen, by and through counsel, and pursuant to LCvR. 83, respectfully moves the Court to permit him to file a response to Defendant's motion for admission of Jeffrey Landa Pro Hac Vice.

Plaintiff makes his motion based upon the attached plaintiff's response to defendant's motion for admission of Jeffrey Landa Pro Hac Vice.

Respectfully submitted

_____/s/_____
MARK LANE
Member of the Bar of the District of Columbia
#445988
The Lane Law Firm
4 Old Farm Road
Charlottesville, VA 22903
Office: [434] 293-2349
Facsimile: [434] 293-9013
Email: mlane777@cs.com

_____/s/_____
FRAZER WALTON, JR.
Member of the Bar of the District of Columbia
#374301
920 Burns Street, S.E.
Washington, DC 20019
Office: [202]584-7572
Email: frawalton@verizon.net

Attorneys for Plaintiff

Dated: May 27, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2011, I sent a copy of the foregoing Plaintiff's Motion For Leave To File A Response To Defendant's Motion For Admission Pro Hac Vice by the Court's Electronic Case Filing System to John C. Hayes, Jr., Esq., and by U.S. Mail to Jeffrey B. Landa, Esq., 1202 South 24th Avenue, Fargo, ND 58103.

_____/s/_____
Frazer Walton, Jr.

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL QUEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-871 (BAH) |
| ) | Judge Beryl A. Howell |
| ED SCHULTZ, ) | |
| ) | |
| Defendant, ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File a Response to Defendant's Motion for Admission Jeffrey Landa Pro Hac Vice, the opposition thereto, if any and there appearing to be good cause for the motion, it is this_____day of_____, 2011,

ORDERED, that Plaintiff's motion is GRANTED.

_____
Beryl A. Howell
U.S. District Judge

cc:

Mark Lane, Esq.
The Lane Law Firm
4 Old Farm Road
Charlottesville, VA 22903

Frazer Walton, Jr., Esq.
920 Burns Street, S.E.
Washington, DC 20019

John C. Hayes, Jr., Esq.
NIXON PEABODY LLP
401 9th Street, N.W.
Suite 900
Washington, DC 2004

Jeffrey B. Landa
THE LAW OFFICES OF JEFFREY B. LANDA
1202 South 24th Avenue
Fargo, ND 58103