**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL QUEEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-871 (BAH) |
| | ) | Judge Beryl A. Howell |
| ED SCHULTZ, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

**PLAINTIFF/COUNTERCLAIM-DEFENDANT MICHAEL QUEEN'S ANSWER
TO COUNTERCLAIM**

Plaintiff/Counterclaim-Defendant Michael Queen, by and through counsel, hereby

files his answer to counterclaims filed against him by Defendant/Counter-Plaintiff Ed

Schultz.

1.   Admitted.

2.   Plaintiff/Counterclaim-Defendant Michael Queen ("Queen") lacks knowledge

or information sufficient to form a belief about the truth of whether

Defendant/Counterclaim Plaintiff Ed Schultz ("Schultz") is an adult resident of the State

of Minnesota, and therefore denies the same.

3.   Plaintiff/Counterclaim-Defendant Michael Queen admits that this Court has

jurisdiction based upon jurisdiction established in the underlying Complaint, Case No.

1:11-cv-00871, filed in the United States District Court for the District of Columbia, and

because it is an action for money damages, and other appropriate relief, in excess of

$100,000.00.

4.   This paragraph does not require an answer, but if an answer is required, Plaintiff/Counterclaim-Defendant Queen denies the same.

5.   Denied.

6.   Denied.

7.   Denied.

8.   Denied.

9.   This paragraph does not require an answer, but if an answer is required, Plaintiff/Counterclaim-Defendant Michael Queen denies the same.

10.   Denied.

11.   Plaintiff/Counterclaim-Defendant Michael Queen denies that he made "[s]uch false, unprivileged oral statements included accusations that Schultz had a business contract with Queen and that Schultz reneged on or otherwise breached that contract." Plaintiff/Counterclaim Defendant Michael Queen admits that Schultz defrauded Queen and that Schultz owed Queen money for, among other things, producing a pilot for a proposed television show; and, that Schultz caused Queen to mortgage his house to finance the pilot for a proposed television show project.

12.   Denied

13.   Denied.

14.   Denied.

15.   Denied.

16.   Denied.

17.   This paragraph does not require an answer, but if an answer is required, Plaintiff/Counterclaim-Defendant Michael Queen denies the same.

18.   Plaintiff/Counterclaim-Defendant Michael Queen admits that he attended an NBC/MSNBC Staff meeting at 30 Rockefeller Center on July 21, 2010, and sought the assistance of CEO Jeff Zucker in an effort to settle the allegations made in the complaint against his co-worker and Defendant/Counterclaim-Plaintiff Ed Schultz. Plaintiff/Counterclaim Defendant Michael Queen denies that the statements he made at the meeting were false or that he published false statements.

19.   Plaintiff/Counterclaim-Defendant Michael Queen admits the allegations in paragraph 73 of his Complaint, but denies that the allegations are false statements.

20.   Plaintiff/Counterclaim-Defendant Michael Queen admits that on May 10, 2010, he caused to be written a "press release," but he denies that the press release contained false and slanderous statements.   Plaintiff/Counterclaim-Defendant Michael Queen admits that Defendant/Counterclaim-Plaintiff Ed Schultz is a well known public figure.

21.  Denied.

22.  Denied.

23.  Denied.

24.  Denied.

## **AFFIRMATIVE DEFENSES**

26. Defendant/Counterclaim Plaintiff Ed Schultz's counterclaims are barred in whole based upon estoppel.

27.  Defendant/Counterclaim Plaintiff Ed Schultz's counterclaims are barred based upon fraud.

28.  Defendant/Counterclaim Plaintiff Ed Schultz's counterclaims are barred for failure to state a claim on which relief can be granted.

**WHEREFORE**, Plaintiff/Counterclaim-Defendant Michael Queen, respectfully moves that the Court (a) Deny and dismiss Defendant/Counterclaim-Plaintiff Ed Schultz's request for judgment;

(b) Deny and dismiss all of the counterclaims in their entirety;

(c) Deny and dismiss Defendant/Counterclaim-Plaintiff's request for judgment, general and special damages, costs, punitive damages and attorney's fees on counterclaim I;

(d) Deny and dismiss Defendant/Counterclaim-Plaintiff's request for judgment, compensatory, special and punitive damages, interest, cost and attorney's fees on counterclaim II;

(e) Deny and dismiss Defendant/Counterclaim-Plaintiff's request for judgment, compensatory, special and punitive damages, interest, costs and attorney's fees on counterclaim III;

(f) And for such other and further relief as the Court deems necessary.


Respectfully submitted


_____/s/_____
MARK LANE
Member of the Bar of the District of Columbia
#445988
The Lane Law Firm
4 Old Farm Road
Charlottesville, VA 22903
Office: [434] 293-2349
Facsimile: [434] 293-9013
Email: mlane777@cs.com

_____/s/_____
FRAZER WALTON, JR.
Member of the Bar of the District of Columbia
#374301
920 Burns Street, S.E.
Washington, DC 20019
Office: [202]584-7572
Email: frawalton@verizon.net

Attorneys for Plaintiff

Dated: June 2, 2011

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2011, I sent a copy of the foregoing

Plaintiff/Counter-Defendant Michael Queen's Answer to Defendant/Counter-Plaintiff Ed

Schultz's Counterclaims by the Court's Electronic Case Filing System to John C. Hayes,

Jr., Esq., and by prepaid U.S. Mail to Jeffrey B. Landa, Esq., 1202 South 24th Avenue,

Fargo, ND 58103.

_____/s/_____
Frazer Walton, Jr.