IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL QUEEN, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | ) Civil Action No. 1:11cv00871 (BAH) <br> ) <br> ) |
| ED SCHULTZ, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**PLAINTIFF QUEEN'S MOTION TO STRIKE DEFENDANT'S
MOTION FOR AWARD OF ATTORNEY'S FEES**

Plaintiff Michael Queen ("plaintiff"), by and through counsel, and pursuant to Fed. Civ. Pro. Rule 12(f), moves to strike Defendant's Motion for Award of Attorney's Fees as untimely.

In accordance with Local Rule 7m, Plaintiff's counsel contacted Defendant's counsel to ascertain whether Defendant would oppose the filing of this motion. On July 7, 2015, Defendant's counsel indicated that he would oppose the filing of the motion to strike.

**ARGUMENT**

Defendant Queen has failed to state which specific federal or local rule that he bases his motion, therefore his motion is defective and inappropriate. At this juncture, Plaintiff Queen will not address Defendant's frivolous and meritless motion for award of attorney's fees because the motion is clearly untimely and defective. Fed.R.Civ.P. 54(d)((2)(B) (Attorneys' Fees) provides in pertinent part that:

1

> Unless otherwise provided by statute or order of the court, the motion must be filed no later than 14 days after entry of judgment; must specify the judgment and the statute, rule, or other grounds entitling the moving party to the award; and must state the amount or provide a fair estimate of the amount sought....

The Court entered a final judgment in this matter on May 18, 2015. The Defendant filed his motion for an award of attorney's fees on July 1, 2015, exactly forty-three (43) days after the entry of judgment. In addition, the Defendant also failed to comply with other mandatory requirements of Rule 54.  *See and compare, Bender v. Freed,* 436 F.3d 747, 750, 64 Fed. R. Serv. 3d 132 (7th Cir.2006); *Benak ex rel. Alliance Premier Growth Fund v. Alliance Capital Management L.P.*, 435 F. 3d 396, 400 n.14 (3rd Cir. 2006). Therefore, the motion is untimely and Plaintiff's motion to strike should be granted.

      Respectfully submitted,

      ABBOTT LAW GROUP, P.A.

      _____/s/_____
      STEVEN W. TEPPLER
      DC BAR NO:  445259
      F. CATFISH ABBOTT
      FL. BAR NO:  265292
      *Co-Counsel for Plaintiff*
      2929 Plummer Cove Road
      Jacksonville, FL 32223
      T:  904-292-1111
      F:  904-292-1220
      Email:  steppler@abbottlawpa.com
      Email:  shartman@abbottlawpa.com

/s/
FRAZER WALTON, JR.
Member of the bar of District of Columbia #374301
920 Burns Street, SE
Washington, DC 20019
Office:  202-398-8920
Email:  frawalton@verizon.net

*Co-counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2015 a true and correct copy of the foregoing was served on Defendant's counsel John Hayes and Brian Whittaker by the Court's ECF.


/s/
SANDRA HARTMAN